IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CECILY RIDGEWAY,<br><br>        *Plaintiff,*<br><br>    v.<br><br>CHESTER CHARTER COMMUNITY SCHOOL, et al.,<br><br>        *Defendants.* | CIVIL ACTION<br>NO. 20-4786 |

## ORDER

**AND NOW**, this 29th day of October 2021, after hearing oral argument (ECF 30) and upon consideration of CSMI and Trigg's (ECF 11) as well as Chester Charter's (ECF 19) Motions to Dismiss, and Ridgeway's Responses to both Motions (ECF 16, 20), it is hereby **ORDERED** that Defendants' Motions are **DENIED**.

                                                             BY THE COURT:


                                                             */s/ Gerald J. Pappert*
                                                             GERALD J. PAPPERT, J.